| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Saigh, Steven Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Saigh, Jane Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8235 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-6402 |
| Street Address of Debtor (No. and Street, City, and State):<br>14430 Rice Drive<br>Sterling Heights, MI      ZIP Code 48313 | Street Address of Joint Debtor (No. and Street, City, and State):<br>14430 Rice Drive<br>Sterling Heights, MI      ZIP Code 48313 |
| County of Residence or of the Principal Place of Business:<br>Macomb | County of Residence or of the Principal Place of Business:<br>Macomb |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Saigh, Steven Michael<br>Saigh, Jane Marie |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

    ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

    ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| Saigh, Steven Michael |
| Saigh, Jane Marie |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Steven Michael Saigh
Signature of Debtor  Steven Michael Saigh

**X**  /s/ Jane Marie Saigh
Signature of Joint Debtor Jane Marie Saigh

Telephone Number (If not represented by attorney)

 November  4, 2009
Date

### Signature of Attorney*

**X**  /s/ Gene R. Kohut
Signature of Attorney for Debtor(s)

 Gene R. Kohut P47413
Printed Name of Attorney for Debtor(s)

 Gene R. Kohut, P.C.
Firm Name

 21 Kercheval Avenue
 Suite 285
 Grosse Pointe Farms, MI 48236
Address

                                        Email: gene@gktrustee.com
 (313) 886-9765  Fax: (313) 432-0229
Telephone Number

 November  4, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Steven Michael Saigh,
         Jane Marie Saigh

Case No. _____

                            Debtors

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 830,800.00 | | |
| B - Personal Property | Yes | 4 | 103,211.26 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 1,049,802.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 103,148.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,376.79 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,825.85 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 934,011.26 | | |
| Total Liabilities | | | | 1,152,951.29 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

.

# United States Bankruptcy Court
## Eastern District of Michigan

In re     Steven Michael Saigh,                        Case No. _____

           Jane Marie Saigh

                                     Debtors       Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    Steven Michael Saigh,                                Case No. _____

        Jane Marie Saigh

_____,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 14430 Rice Drive<br>Sterling Heights MI 48313<br>(marital home) | Entireties | J | 151,800.00 | 165,007.15 |
| 22048 Mac Arthur Blvd.<br>Warren, MI 48089<br>(rental) | Fee simple | H | 66,000.00 | 2,911.15 |
| 23067 Piper<br>Easpointe, MI 48313<br>(vacant lot - tax foreclosure judgment 2/27/09) | Redemption | J | 13,000.00 | 1,150.75 |
| 23077 Piper<br>Eastpointe, MI 48021<br>(rental - Sheriff's deed 3/09) | Entireties | J | 13,000.00 | 86,572.55 |
| 12820 Toepfer Rd<br>Warren, MI 48089<br>(rental) | Entireties | J | 60,000.00 | 73,045.99 |
| 13674 Knox<br>Warren, MI 48089<br>(rental) | Fee simple | J | 25,000.00 | 49,286.36 |
| 21031 Dean Street<br>Warren, MI 48091<br>(rental - Sheriff's deed 3/09) | Redemption | J | 54,000.00 | 76,819.86 |
| 24293 Tuscany Ave<br>Eastpointe, MI 48021-1217<br>(rental - Sheriff's deed 5/09) | Redemption | J | 60,000.00 | 65,811.01 |
| 21576 Sunset Ave<br>Warren, MI 48091-4683<br>(rental) | Entireties | J | 44,000.00 | 66,723.84 |
| 14700 Ego<br>Eastpointe, MI 48021-5301<br>(rental - Sheriff's deed 4/09) | Redemption | J | 88,000.00 | 88,377.67 |

Sub-Total >      574,800.00     (Total of this page)

  1   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re     Steven Michael Saigh,

         Jane Marie Saigh                             ,

                                        Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2248 Stephens Road<br>Warren, MI 48091-1639<br>(rental - Sheriff's deed 6/09) | Redemption | J | 78,000.00 | 80,481.58 |
| 26060 Lehner<br>Roseville, MI 48066<br>(rental - sheriff deed May 2009) | Redemption | J | 58,000.00 | 58,392.46 |
| 11220 Chalmers<br>Warren, MI 48091<br>(rental) | Entireties | J | 60,000.00 | 65,117.81 |
| 7503 Maxwell Ave<br>Warren, MI 48091-2364<br>(rental) | Fee simple | W | 60,000.00 | 98,944.66 |

|  |  |
|---|---|
| Sub-Total > | 256,000.00     (Total of this page) |
| Total > | 830,800.00 |

(Report also on Summary of Schedules)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re     Steven Michael Saigh,                  Case No. _____

           Jane Marie Saigh

_____ ,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash | J | 102.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Charter One Checking account (Genesis Decorating & Contracting, Inc.) | - | 93.00 |
| | | | Charter One Checking account (personal) | J | 1,421.63 |
| | | | Charter One Checking account (Saigh Enterprise, LLC) | - | 1,895.84 |
| | | | Charter One Checking account | J | 29.90 |
| | | | Warren Bank 38880 Garfield Clinton Township, MI 48038 (Saigh Enterprises, LLC - dormant account) | - | 4.89 |
| | | | Huntington National Bank P.O. Box 1558 EA1W37 Columbus, OH 43216 (Saigh Enterprises, LLC -dormant account) | - | 50.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Appliances; 4 beds; 1 dining set; 5 dressers; 2 couches; 2 chairs; 1 computer; 1 laptop; 1 stereo/set; 3 TV's; 1 bookcase; 1 hot tub Location: 14430 Rice Drive, Sterling Heights MI | J | 5,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc books, and usic cd's, Location: 14430 Rice Drive, Sterling Heights MI | J | 25.00 |

Sub-Total >     8,622.26
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

In re    Steven Michael Saigh,                  Case No. _____
        Jane Marie Saigh

_____,
                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | miscellaneous clothing<br>Location: 14430 Rice Drive, Sterling Heights MI | J | 800.00 |
| 7. Furs and jewelry. | | wedding rings, bracelet, necklace, watch<br>Location: 14430 Rice Drive, Sterling Heights MI | J | 2,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf clubs<br>Location: 14430 Rice Drive, Sterling Heights MI | J | 125.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lincoln National Life Insurance Company<br>Flexible Premium Adjustable Life - $100,000 Specified Amount and $100,000 Net Death Benefit; Net Policy Value $1,485.45 | W | 1,481.00 |
| | | Midland National Life Ins. Co.<br>Universal Life Policy, Death Benefit $100,000<br>Cash value - $6,623 | H | 6,623.00 |
| | | Lincoln National Life Insurance Company<br>Specified Amount $100,000, Net Death Benefit $100,000, and $10,000 Children's Rider<br>(Cash surrender value - $1,524) | H | 1,524.00 |
| | | North American Company for Life and Health Insurance<br>20 Year Term Policy $250,000.00 death benefit | H | 1.00 |
| 10. Annuities. Itemize and name each issuer. | | Midland National Life Insurance Company<br>Individual Retirement Account<br>4601 Westown Parkway, Suite 300<br>West Des Moines, Iowa 50266<br>(roll over former retirement account) | W | 11,416.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Saigh Enterprises, LLC<br>Location: 14430 Rice Drive, Sterling Heights MI | H | 1.00 |
| | | Genesis Decorating and Contracting, Inc.<br>Location: 14430 Rice Drive, Sterling Heights MI | J | 1.00 |

Sub-Total >      24,472.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re    Steven Michael Saigh,                    Case No. _____

       Jane Marie Saigh

                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Mona Vie Distributorship<br>Location: 14430 Rice Drive, Sterling Heights MI | J | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Cardio Pulminary Rehabilitation (EDPA), Partnership (Debtor husband was a silent partner and lost $50,000; partnership no longer exists). | J | 1.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2009 Income Tax Refunds (anticipated) | J | 3,500.00 |
| | | $50,000 investment in Cardio Pulminary Rehabilitation Partnership (Anthony Defeo owes the amount but is uncollectable) | J | 50,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Licensed nurse | W | 1.00 |
| | | Life and Health Insurance license | H | 1.00 |
| | | | Sub-Total > | 53,504.00 |
| | | | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re     Steven Michael Saigh,                 Case No. _____
         Jane Marie Saigh

                             Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chrysler Town & Country | H | 1,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog - Golden Doodle Location: 14430 Rice Drive, Sterling Heights MI | J | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Landlord/Tenant Judgment (Nancy Easter - uncollectable) | H | 2,756.00 |
| | | Landlord/Tenant Judgment (Equania Nelson - currently in prison) | H | 9,956.00 |
| | | Landlord Tenant/Judgment (Mike Defazio/Yolanda Wodowiak) (debtor receives a restitution check from Macomb County of approximately $75 to $90 every so often) | J | 2,000.00 |

|  | Sub-Total > | 16,613.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 103,211.26 |

Sheet  <u>3</u>  of  <u>3</u>  continuation sheets attached
to the Schedule of Personal Property                                  (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re   Steven Michael Saigh                                         Case No. _____

_____,
                                                    Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. 522(d)(5) | 51.00 | 102.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Charter One Checking account (personal) | 11 U.S.C. § 522(d)(5) | 710.82 | 1,421.63 |
| Charter One Checking account | 11 U.S.C. § 522(d)(5) | 29.90 | 29.90 |
| **Household Goods and Furnishings** | | | |
| Appliances; 4 beds; 1 dining set; 5 dressers; 2 couches; 2 chairs; 1 computer; 1 laptop; 1 stereo/set; 3 TV's; 1 bookcase; 1 hot tub Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(3) | 2,500.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc books, and usic cd's, Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(3) | 12.50 | 25.00 |
| **Wearing Apparel** | | | |
| miscellaneous clothing Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(3) | 400.00 | 800.00 |
| **Furs and Jewelry** | | | |
| wedding rings, bracelet, necklace, watch Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(4) | 1,250.00 | 2,500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Golf clubs Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(5) | 125.00 | 125.00 |
| **Interests in Insurance Policies** | | | |
| Midland National Life Ins. Co. Universal Life Policy, Death Benefit $100,000 Cash value - $6,623 | 11 U.S.C. § 522(d)(8) | 6,623.00 | 6,623.00 |
| Lincoln National Life Insurance Company Specified Amount $100,000, Net Death Benefit $100,000, and $10,000 Children's Rider (Cash surrender value - $1,524) | 11 U.S.C. § 522(d)(8) | 1,524.00 | 1,524.00 |
| North American Company for Life and Health Insurance 20 Year Term Policy $250,000.00 death benefit | 11 U.S.C. § 522(d)(7) | 1.00 | 1.00 |
| **Stock and Interests in Businesses** | | | |
| Saigh Enterprises, LLC Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                         Best Case Bankruptcy

In re    Steven Michael Saigh                          Case No. _____

_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Genesis Decorating and Contracting, Inc. Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| Mona Vie Distributorship Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| Other Liquidated Debts Owing Debtor Including Tax Refund 2009 Income Tax Refunds (anticipated) | 11 U.S.C. § 522(d)(5) | 1,750.00 | 3,500.00 |
| Licenses, Franchises, and Other General Intangibles Licensed nurse | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| Life and Health Insurance license | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles 2003 Chrysler Town & Country | 11 U.S.C. § 522(d)(2) | 1,900.00 | 1,900.00 |
| Other Personal Property of Any Kind Not Already Listed Landlord/Tenant Judgment (Nancy Easter - uncollectable) | 11 U.S.C. § 522(d)(5) | 2,756.00 | 2,756.00 |
| **Total:** | | 19,638.22 | 26,312.53 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    Jane Marie Saigh                  Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                          $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | 51.00 | 102.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Charter One | 11 U.S.C. § 522(d)(5) | 710.82 | 1,421.63 |
| Checking account (personal) | | | |
| **Household Goods and Furnishings** | | | |
| Appliances; 4 beds; 1 dining set; 5 dressers; 2 couches; 2 chairs; 1 computer; 1 laptop; 1 stereo/set; 3 TV's; 1 bookcase; 1 hot tub Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(3) | 2,500.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc books, and usic cd's, Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(3) | 12.50 | 25.00 |
| **Wearing Apparel** | | | |
| miscellaneous clothing Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(3) | 400.00 | 800.00 |
| **Furs and Jewelry** | | | |
| wedding rings, bracelet, necklace, watch Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(4) | 1,250.00 | 2,500.00 |
| **Interests in Insurance Policies** | | | |
| Lincoln National Life Insurance Company Flexible Premium Adjustable Life - $100,000 Specified Amount and $100,000 Net Death Benefit; Net Policy Value $1,485.45 | 11 U.S.C. § 522(d)(8) | 1,481.00 | 1,481.00 |
| **Annuities** | | | |
| Midland National Life Insurance Company Individual Retirement Account 4601 Westown Parkway, Suite 300 West Des Moines, Iowa 50266 (roll over former retirement account) | 11 U.S.C. § 522(d)(12) | 11,416.00 | 11,416.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2009 Income Tax Refunds (anticipated) | 11 U.S.C. § 522(d)(5) | 1,750.00 | 3,500.00 |
| **Animals** | | | |
| Dog - Golden Doodle Location: 14430 Rice Drive, Sterling Heights MI | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |

|  | Total: | 19,572.32 | 26,246.63 |
|---|---|---|---|

   _0_   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re     Steven Michael Saigh,                  Case No. _____

          Jane Marie Saigh

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. xxxxxxxx30-00 | | | | Statutory Lien | | | | | |
| City of Eastpointe - Water Department 23200 Gratiot Eastpointe, MI 48021 | | J | | 14700 Ego Eastpointe, MI 48021-5301 (rental - Sheriff's deed 4/09) | | | | | |
| | | | | Value $       88,000.00 | | | | 620.24 | 377.67 |
| Account No. xxxxx0394 | | | | 2008 | | | | | |
| City of Warren Water Division One City Square, Suite 420 Warren, MI 48093-2394 | | J | | Statutory Lien 2248 Stephens Road Warren, MI 48091-1639 (rental - Sheriff's deed 6/09) | | | | | |
| | | | | Value $       78,000.00 | | | | 174.25 | 174.25 |
| Account No. xxxxx2718 | | | | Statutory Lien | | | | | |
| City of Warren Water Division One City Square, Suite 420 Warren, MI 48093-2394 | | J | | 7503 Maxwell Ave Warren, MI 48091-2364 (rental) | | | | | |
| | | | | Value $       60,000.00 | | | | 214.23 | 214.23 |
| Account No. xxxxx7553 | | | | 2001 | | | | | |
| EverHome Mortgage Company 8100 Nations Way Jacksonville, FL 32256 | | J | | Mortgage 21576 Sunset Ave Warren, MI 48091-4683 (rental) | | | | | |
| | | | | Value $       44,000.00 | | | | 66,723.84 | 22,723.84 |
|    4    continuation sheets attached | | | | Subtotal (Total of this page) | | | | 67,732.56 | 23,489.99 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re  Steven Michael Saigh,  Case No. _____
       Jane Marie Saigh

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. xxxxxx5219 | | | | 2002 | | | | | |
| GMAC Mortgage P.O. Box 780 3451 Hammond Ave. Waterloo, IA 50704-0780 | | J | | Home Equity  14430 Rice Drive Sterling Heights MI 48313 (marital home) | | | | | |
| | | | | Value $ 151,800.00 | | | | 45,764.31 | 13,207.15 |
| Account No. xxxx xxxx xxxx 7623 | | | | 2004 | | | | | |
| Huntington Banks PO Box 182387 Columbus, OH 43218-2387 | | H | | Mortgage (originally with John Graham)  11220 Chalmers Warren, MI  48091 (rental) | | | | | |
| | | | | Value $ 60,000.00 | | | | 60,602.79 | 602.79 |
| Account No. xxxx xxxx xxxx 5070 | | | | 2003 | | | | | |
| Huntington Banks P.O Box 182387 Columbus, OH 43218 | | J | | Mortgage  7503 Maxwell Ave Warren, MI  48091-2364 (rental) | | | | | |
| | | | | Value $ 60,000.00 | | | | 93,679.30 | 33,679.30 |
| Account No. xxxxxx7695 | | | | 2003 | | | | | |
| Huntington Mortgage Group 7575 Huntington Park Drive HM 2325 Columbus, OH 43235 | | J | | Mortgage  26060 Lehner Roseville, MI  48066 (rental - sheriff deed May 2009) | | | | | |
| | | | | Value $ 58,000.00 | | | | 58,392.46 | 392.46 |
| Account No. xxxxxx1387 | | | | 2003 | | | | | |
| Huntington National Bank PO Box 1558 EA1W37 Columbus, OH 43216-1558 | | J | | Mortgage  14430 Rice Drive Sterling Heights MI 48313 (marital home) | | | | | |
| | | | | Value $ 151,800.00 | | | | 119,242.84 | 0.00 |

Sheet  1  of  4  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 377,681.70 | 47,881.70 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  Steven Michael Saigh,       Case No. _____
       Jane Marie Saigh

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx4206 | | | Mortgage | | | | | |
| IndyMac Federal Bank PO Box 78826 Phoenix, AZ 85062-8826 | | J | 22048 Mac Arthur Blvd. Warren, MI 48089 | | | | | |
| | | | Value $                0.00 | | | | 71,159.90 | 71,159.90 |
| Account No. xxxxxx6451 | | | 2006 | | | | | |
| IndyMac Federal Bank PO Box 78826 Phoenix, AZ 85062-8826 | | J | Mortgage 23077 Piper Eastpointe, MI 48021 (rental - Sheriff's deed 3/09) | | | | | |
| | | | Value $          13,000.00 | | | | 80,153.91 | 67,153.91 |
| Account No. xxxxxx4230 | | | 2006 | | | | | |
| IndyMac Federal Bank PO Box 78826 Phoenix, AZ 85062-8826 | | J | Mortgage 12820 Toepfer Rd Warren, MI 48089 (rental) | | | | | |
| | | | Value $          60,000.00 | | | | 73,045.99 | 13,045.99 |
| Account No. xxxxxx6798 | | | 2001 | | | | | |
| IndyMac Federal Bank PO Box 78826 Phoenix, AZ 85062-8826 | | J | Mortgage 13674 Knox Warren, MI 48089 (rental) | | | | | |
| | | | Value $          25,000.00 | | | | 49,286.36 | 0.00 |
| Account No. xxxxxx4214 | | | 2006 | | | | | |
| IndyMac Federal Bank PO Box 78826 Phoenix, AZ 85062-8826 | | J | Mortgage 21031 Dean Street Warren, MI 48091 (rental - Sheriff's deed 3/09) | | | | | |
| | | | Value $          54,000.00 | | | | 76,819.86 | 22,819.86 |

Sheet  2  of  4  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      350,466.02      174,179.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re  Steven Michael Saigh,
       Jane Marie Saigh                                    Case No. _____
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 2/27/09 | | | | | |
| Macomb County Treasurer Macomb County Administration Building 1 South Main Street Mount Clemens, MI 48043 | | | J | | Tax Forfeiture 23067 Piper Easpointe, MI 48313 (vacant lot - tax foreclosure judgment 2/27/09) | | | | | |
| | | | | | Value $            13,000.00 | | | | 1,150.75 | Unknown |
| Account No. | | | | | Tax Lien | | | | | |
| Macomb County Treasurer Macomb County Administration Building 1 South Main Street Mount Clemens, MI 48043 | | | J | | 23077 Piper Eastpointe, MI 48021 (rental - Sheriff's deed 3/09) | | | | | |
| | | | | | Value $            13,000.00 | | | | 6,418.64 | 6,418.64 |
| Account No. | | | | | Unknown | | | | | |
| Macomb County Treasurer Macomb County Administration Building 1 South Main Street Mount Clemens, MI 48043 | | | J | | Statutory Lien 11220 Chalmers Warren, MI 48091 (rental) | | | | | |
| | | | | | Value $            60,000.00 | | | | 4,515.02 | 4,515.02 |
| Account No. | | | | | Tax Lien | | | | | |
| Macomb County Treasurer Macomb County Administration Building 1 South Main Street Mount Clemens, MI 48043 | | | J | | 7503 Maxwell Ave Warren, MI 48091-2364 (rental) | | | | | |
| | | | | | Value $            60,000.00 | | | | 5,051.13 | 5,051.13 |
| Account No. | | | | | 2007 and 2008 | | | | | |
| Macomb County Treasurer Macomb County Administration Building 1 South Main Street Mount Clemens, MI 48043 | | H | | | Tax Forfeiture 22048 Mac Arthur Blvd. Warren, MI 48089 (rental) | | | | | |
| | | | | | Value $            66,000.00 | | | | 2,911.15 | 2,911.15 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  20,046.69   18,895.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    Steven Michael Saigh,                                    Case No. _____
         Jane Marie Saigh
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No. xxxx7122 | | | 2003 | | | | | |
| Wachovia Mortgage PO Box 105693 Atlanta, GA 30348-5693 | | J | Mortgage<br><br>24293 Tuscany Ave Eastpointe, MI 48021-1217 (rental - Sheriff's deed 5/09) | | | | | |
| | | | Value $ 60,000.00 | | | | 65,811.01 | 25,811.01 |
| Account No. xxxxxx9830 | | | 2005 | | | | | |
| Washington Mutual Bank c/o Trott & Trott 31440 Northwestern Hwy., Ste. 200 Farmington Hills, MI 48334-2525 | | J | Mortgage<br><br>14700 Ego Eastpointe, MI 48021-5301 (rental - Sheriff's deed 4/09) | | | | | |
| | | | Value $ 88,000.00 | | | | 87,757.43 | 0.00 |
| Account No. xxxxxx9822 | | | 2005 | | | | | |
| Washington Mutual Bank c/o Trott & Trott 31440 Northwestern Hwy., Ste. 200 Farmington Hills, MI 48334-2525 | | J | Mortgage<br><br>2248 Stephens Road Warren, MI 48091-1639 (rental - Sheriff's deed 6/09) | | | | | |
| | | | Value $ 78,000.00 | | | | 80,307.33 | 2,307.33 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 233,875.77 | 28,118.34 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,049,802.74 | 292,565.63 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   Steven Michael Saigh,                                        Case No. _____
        Jane Marie Saigh

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re    Steven Michael Saigh,             Case No. _____

       Jane Marie Saigh

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx xxxx xxxx 5593 <br><br> Bank of America Amway Global <br> P.O. Box 15019 <br> Wilmington, DE 19886-5019 | | H | | 1996 <br> Credit card purchases for business | | | | 27,285.43 |
| Account No. xxxx xxxx xxxx 8415 <br><br> Bank of America Business Card <br> P.O. Box 15710 <br> Wilmington, DE 19886-5710 | X | H | | 1999 <br> Credit card purchases for business <br> Genesis Deco and Cont | | | | 14,604.15 |
| Account No. xxxx xxxx xxxx 7597 <br><br> Bank of America NurseWeek <br> P.O. Box 15726 <br> Wilmington, DE 19886-5726 | | W | | 2003 <br> Credit card purchases | | | | 25,937.40 |
| Account No. xxxx xxxx xxxx 6049 <br><br> Chase Cardmember Service <br> PO BOX 94014 <br> Palatine, IL 60094-4014 | X | H | | 1994 <br> Credit card purchases for business | | | | 7,667.73 |

  \_3\_\_ continuation sheets attached

Subtotal    75,494.71 <br> (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                S/N:35378-091012    Best Case Bankruptcy

In re    Steven Michael Saigh,                  Case No. _____
        Jane Marie Saigh

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 17990469.10<br><br>City of Detroit<br>Treasury Division<br>Detroit, MI 48226 | | H | Unkown<br>Unpaid property tax | | | | 866.20 |
| Account No. WEED005596<br><br>City of Eastpointe<br>Finance Department<br>23200 Gratiot<br>Eastpointe, MI 48021 | | H | Unknown<br>Utitlties at Ego property | | | | 127.00 |
| Account No. xxxxxx8015<br><br>City of Eastpointe - Finance Dept.<br>23200 Gratiot<br>Eastpointe, MI 48021 | | J | 7/3/09<br>Grass/Weed Cutting at 14700 Ego, Eastpointe, MI | | | | 127.00 |
| Account No. 301955966<br><br>City of Warren Water Divison<br>One City Square<br>Suite 420<br>Warren, MI 48093 | | J | June 2009<br>Utility - 21031 Dean | | | | 123.85 |
| Account No. 100036586129<br><br>Consumers Energy<br>Lansing, MI 48937 | | H | Unknown<br>Utilites for Maxwell property | | | | 42.32 |

Sheet no. __1__ of __3__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)        1,286.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re     Steven Michael Saigh,                           Case No. _____

          Jane Marie Saigh

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x-6550<br><br>Discover<br>PO Box 6103<br>Carol Stream, IL 60197 | | H | 2006<br>Credit card purchases for business | | | | 2,825.27 |
| Account No. 144969300157<br><br>DTE Energy<br>P.O. Box 2859<br>Detroit, MI 48260-0001 | | H | Unknown<br>Utilities for Sunset property | | | | 67.10 |
| Account No. xxxx xxxx xxxx 0360<br><br>GM Card HSBC Card Services<br>Dept 9600<br>Carol Stream, IL 60128-9600 | | J | 2004<br>Credit card purchases | | | | 4,835.36 |
| Account No. xxxxxxxx8346<br><br>Huntington National Bank<br>c/o CCB Credit Services<br>5300 S 6th Street<br>Springfield, IL 62703-5184 | | H | Unknown<br>Overdraft protection on account used for business | | | | 761.53 |
| Account No. xxxx xxxx xxxx 8233<br><br>Huntington National Bank FIA Card Svcs.<br>PO Box 15726<br>Wilmington, DE 19886-5726 | | H | Unknown<br>Credit card purchases for business | | | | 7,942.56 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal<br>(Total of this page)      16,431.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re    Steven Michael Saigh,               Case No. _____
         Jane Marie Saigh

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 603532013541xxxx<br><br>THD/CBSD<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | | H | 1997<br>Credit card purchases for business | | | | 9,565.00 |
| Account No. xxP3JV<br><br>Yellow Book<br>PO Box 3162<br>Cedar Rapids, IA 52406 | X | H | 2007<br>Advertising, Genesis Decorating and Contracting, Inc. | | | | 370.65 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal        9,935.65
                           (Total of this page)

                                  Total      103,148.55
         (Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    Steven Michael Saigh,                                   Case No. _____

          Jane Marie Saigh

_____ ,

                                       Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

In re     Steven Michael Saigh,                                    Case No. _____
           Jane Marie Saigh

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Genesis Decorating and Construction<br>14430 Rice Drive<br>Sterling Heights, MI 48313 | Bank of America Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 |
| Genesis Decorating and Construction<br>14430 Rice Drive<br>Sterling Heights, MI 48313 | Chase Cardmember Service<br>PO BOX 94014<br>Palatine, IL 60094-4014 |
| Genesis Decorating and Construction<br>14430 Rice Drive<br>Sterling Heights, MI 48313 | Yellow Book<br>PO Box 3162<br>Cedar Rapids, IA 52406 |

0

\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re   Steven Michael Saigh
        Jane Marie Saigh                                    Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Daughter<br>Son | AGE(S):<br>10<br>13<br>6 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Contractor/Real Estate Investor | Registered Nurse |
| Name of Employer | Self-employed | Henry Ford Macomb Hospitals |
| How long employed | 11 years | 11 years |
| Address of Employer | 14430 Rice Drive<br>Sterling Heights, MI 48313-2933 | 15855 Nineteen Mile Road<br>Clinton Township, MI 48038 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 4,961.67 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 4,961.67 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 1,432.10 |
| b. Insurance | $ 0.00 | $ 441.78 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 1,873.88 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 3,087.79 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,839.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): Insurance commissions | $ 450.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,289.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,289.00 | $ 3,087.79 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,376.79 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Debtors have surrendered their interests in rental properties and therefore collect no rental income.

In re    Steven Michael Saigh
         Jane Marie Saigh                                    Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 971.02 |
| a. Are real estate taxes included? Yes _X_ No ___ | | |
| b. Is property insurance included? Yes _X_ No ___ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 283.00 |
|                    b. Water and sewer | $ | 100.00 |
|                    c. Telephone | $ | 311.12 |
|                    d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 350.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 450.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 0.00 |
|                    b. Life | $ | 100.00 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 70.00 |
|                    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                    (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 0.00 |
|                    b. Other | $ | 0.00 |
|                    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,200.71 |
| 17. Other      See Detailed Expense Attachment | $ | 600.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,825.85 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 5,376.79 |
| b.    Average monthly expenses from Line 18 above | $ | 5,825.85 |
| c.    Monthly net income (a. minus b.) | $ | -449.06 |

In re   Steven Michael Saigh
       Jane Marie Saigh                         Case No. _____

                             Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Education necessary to maintain employment | $ | 50.00 |
| Miscellaneous school expenses for children | $ | 50.00 |
| Daughters' dance lessons | $ | 500.00 |
| **Total Other Expenditures** | $ | 600.00 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Steven Michael Saigh
       Jane Marie Saigh

Debtor(s)     Case No. _____

Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___26___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    November 4, 2009        Signature:   /s/ Steven Michael Saigh
                                                       Debtor

Date    November 4, 2009        Signature:   /s/ Jane Marie Saigh
                                                       (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                                        [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Michigan

In re    Steven Michael Saigh
      Jane Marie Saigh                                   Case No. _____

                                        Debtor(s)          Chapter     7   _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,910.00 | Genesis Decorating<br>1/1/09 through 9/1/09 |
| $22,794.00 | Saigh Enterprise/Rental Properties<br>2009 Rents received - Chalmers $5654; Dean $0; Ego $0; Knox $2,800; Lehner $0; MacArthur $956; Maxwell $0; 23077 Piper $1,200; Stephens $1,150; Sunset $0; Toepfer $5460; and Tuscany $5,574. |
| $0.00 | Steven & Jane Saigh<br>2008 Federal Adjusted Gross Income: $ - 199,816.00 |
| $43,790.00 | Jane Saigh<br>2008 Gross Income, Henry Ford Macomb |

| AMOUNT | SOURCE |
|---|---|
| $0.00 | Mona Vie - 2008 Net Loss:  $ - 6,180.00<br>Steven Saigh Leadership Training Business |
| $0.00 | Saigh Enterprise/Rental Properties<br>2008 Net Loss:  $ - 27,610 |
| $0.00 | Cardio Pulminary Rehabilitation (EDPA), Partnership<br>2008 Nonpassive loss:  0 |
| $2,610.00 | Genesis Decorating & Contracting, Inc.<br>2008 Passive Income:  $2,610.00 |
| $16,367.00 | 2007 Steven & Jane Saigh<br>Federal Adjusted Gross Income:  $16,367.00 |
| $0.00 | 2007 Mona Vie - Net Loss:  $ - 5,380.00<br>Steven Saigh Leadership Training Business |
| $0.00 | 2007 Saigh Enterprise/Rental Properties<br>Net Loss:  $ - 23,325.00 |
| $0.00 | 2007 Cardio Pulminary Rehabilitation<br>Deductible Loss:  $ - 55,620.00 |
| $10,728.00 | 2007 Genesis Decorating & Contracting, Inc.<br>Ordinary Business Income |
| $34,341.00 | 2007 Jane Saigh Gross Income<br>Mercy Mt. Clemens Corp., and William Beaumont Hospital - $34,341.00 |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,845.00 | Payments from former employee, Mary Whitaker, per Judgment<br>2/6/09 to date |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Huntington National Bank PO Box 1558 EA1W37 Columbus, OH 43216-1558 | August - October, 2009 | $2,910.00 | $178,000.00 |

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Steve Saigh v. Nancy Easter et al. #07-2305-LT | Landlord - Tenant | 38th District Court 16101 E 9 Mile Rd Eastpointe, MI 48021 | Judgment |
| The Huntington National Bank v. Steven M Saigh & Jane M Saigh #09-3430-CK | Civil | 16th Circuit Court (Macomb County) 40 N Main St Mt. Clemens, MI 48043 | Pending |
| Steven Saigh v. Mary Whitaker | Fraud | Sterling Heights | Judgment |
| Steve Saigh v. Equania Nelson | Landlord/Tenant | 38th District Court 16101 E. Nine Mile Eastpointe, MI | Judgment |
| Steve Saigh v. Mike Defazio/Yolanda Wodniak | Landlord/Tenant | 37th District Court | Judgment |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See Schedule A | | |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Gene R. Kohut, P.C. 21 Kercheval Avenue Suite 285 Grosse Pointe Farms, MI 48236 | September 2009 | $2,801.00 (plus $299 filing fee) |
| Greenpath | October 2009 | $50 |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Genesis Decorating & Contracting, Inc.<br>14430 Rice<br>Sterling Heights, MI 48313 | 2007 Trailblazer ($11,500) | 14430 Rice, Sterling Heights, MI 48313 |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Genesis Decorating & Contracting, Inc. | | 14430 Rice Sterling Heights, MI 48313 | Painting contractor | 1993 to present |
| Saigh Enterprises, LLC | | 14430 Rice Sterling Heights, MI 48313 | Real estate rentals | 2001 to present |
| Cardio Pulminary Rehabilitation | | 14430 Rice Sterling Heights, MI 48313 | Partnership - sleep study | 2004 - 2006 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                     DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                      DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY             INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY

DATE OF INVENTORY                                     RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                            NATURE OF INTEREST               PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                              NATURE AND PERCENTAGE

NAME AND ADDRESS                         TITLE                         OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                 ADDRESS                          DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                         TITLE                         DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                   AMOUNT OF MONEY

OF RECIPIENT,                         DATE AND PURPOSE               OR DESCRIPTION AND

RELATIONSHIP TO DEBTOR            OF WITHDRAWAL                 VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                               TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  November  4, 2009                    Signature    /s/ Steven Michael Saigh
                                                        Steven Michael Saigh
                                                        Debtor

Date  November  4, 2009                    Signature    /s/ Jane Marie Saigh
                                                        Jane Marie Saigh
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Steven Michael Saigh
       Jane Marie Saigh                        Case No. _____
                            Debtor(s)        Chapter    7

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.    The undersigned is the attorney for the Debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ X ]    **FLAT FEE**

         A.      For legal services rendered in contemplation of and in connection with this case,
              exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    2,801.00

         B.      Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..    2,801.00

         C.      The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    0.00

     [ ]      **RETAINER**

         A.      Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

         B.      The undersigned shall bill against the retainer at an hourly rate of $_____. [Or attach firm hourly rate schedule.] Debtor(s)
              have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.    $__299.00__ of the filing fee has been paid.

4.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any
     that do not apply.]

         A.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
              bankruptcy;
         B.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
         C.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
         ~~D.~~      ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
         E.      Reaffirmations;
         F.      Redemptions;
         G.      Other:
              Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
              reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
              522(f)(2)(A) for avoidance of liens on household goods.

5.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any
         other adversary proceeding.

6.    The source of payments to the undersigned was from:
         A.      __XX__        Debtor(s)' earnings, wages, compensation for services performed
         B.      _____        Other (describe, including the identity of payor) _____

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:
          September 2009

Dated:   November  4, 2009                         /s/ Gene R. Kohut

Attorney for the Debtor(s)
Gene R. Kohut P47413
Gene R. Kohut, P.C.
21 Kercheval Avenue
Suite 285
Grosse Pointe Farms, MI 48236
(313) 886-9765 gene@gktrustee.com

Agreed:   /s/ Steven Michael Saigh               /s/ Jane Marie Saigh
            Steven Michael Saigh                   Jane Marie Saigh
            Debtor                                   Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Gene R. Kohut P47413 | X /s/ Gene R. Kohut | November  4, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
21 Kercheval Avenue
Suite 285
Grosse Pointe Farms, MI 48236
(313) 886-9765
gene@gktrustee.com

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Steven Michael Saigh Jane Marie Saigh | X /s/ Steven Michael Saigh | November  4, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | X /s/ Jane Marie Saigh | November  4, 2009 |
| Case No. (if known) | Signature of Joint Debtor (if any) | Date |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

**United States Bankruptcy Court**

**Eastern District of Michigan**

In re   Steven Michael Saigh                                     Case No.

        Jane Marie Saigh

                                     Debtor(s)            Chapter    7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    November 4, 2009                  /s/ Steven Michael Saigh

                                          Steven Michael Saigh

                                          Signature of Debtor

Date:    November 4, 2009                  /s/ Jane Marie Saigh

                                          Jane Marie Saigh

                                          Signature of Debtor

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Bank of America
c/o Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Bank of America Amway Global
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


Bank of America NurseWeek
P.O. Box 15726
Wilmington, DE 19886-5726


Chase Cardmember Service
PO BOX 94014
Palatine, IL 60094-4014


City of Detroit
Treasury Division
Detroit, MI 48226


City of Eastpointe
Finance Department
23200 Gratiot
Eastpointe, MI 48021


City of Eastpointe
23200 Gratiot
Eastpointe, MI 48021


City of Eastpointe - Finance Dept.
23200 Gratiot
Eastpointe, MI 48021


City of Eastpointe - Water Department
23200 Gratiot
Eastpointe, MI 48021

City of Sterling Heights
Dept. 296201
PO Box 55000
Detroit, MI 48255-2962


City of Warren
Office of the Treasurer
1 City Square, Suite 200
Warren, MI 48093-2395


City of Warren Water Division
One City Square, Suite 420
Warren, MI 48093-2394


City of Warren Water Divison
One City Square
Suite 420
Warren, MI 48093


Consumers Energy
Lansing, MI 48937


Daniel Best, Esq.
Weltman Weinberg & Reis
2155 Butterfield Drive
Suite 200-S
Troy, MI 48084


Discover
PO Box 6103
Carol Stream, IL 60197


DTE Energy
P.O. Box 2859
Detroit, MI 48260-0001


DTE Energy
3200 Hobson St
Detroit, MI 48201


EverHome Mortgage Company
8100 Nations Way
Jacksonville, FL 32256

Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228

GM Card HSBC Card Services
Dept 9600
Carol Stream, IL 60128-9600

GMAC Mortgage
P.O. Box 780
3451 Hammond Ave.
Waterloo, IA 50704-0780

Huntington Banks
PO Box 182387
Columbus, OH 43218-2387

Huntington Mortgage Group
7575 Huntington Park Drive
HM 2325
Columbus, OH 43235

Huntington National Bank
PO Box 1558 EA1W37
Columbus, OH 43216-1558

Huntington National Bank
c/o CCB Credit Services
5300 S 6th Street
Springfield, IL 62703-5184

Huntington National Bank FIA Card Svcs.
PO Box 15726
Wilmington, DE 19886-5726

IndyMac Federal Bank
PO Box 78826
Phoenix, AZ 85062-8826

Macomb County Health Department
27690 Van Dyke Avenue
Warren, MI 48093

Macomb County Treasurer
Macomb County Administration Building
1 South Main Street
Mount Clemens, MI 48043


Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009


Schneiderman & Sherman, P.C.
23100 Providence Drive
Suite 450
Southfield, MI 48075


THD/CBSD
P.O. Box 6497
Sioux Falls, SD 57117


Trott & Trott, P.C.
30400 Telegraph Road
Suite 200
Franklin, MI 48025


Wachovia Mortgage
PO Box 105693
Atlanta, GA 30348-5693


Washington Mutual Bank
c/o Trott & Trott
31440 Northwestern Hwy., Ste. 200
Farmington Hills, MI 48334-2525


Yellow Book
PO Box 3162
Cedar Rapids, IA 52406