# United States Bankruptcy Court
## Eastern District of Michigan

In re    Steven Michael Saigh            Case No. _____
        Jane Marie Saigh

                                 Debtor(s)      Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| City of Warren Water Division | 2248 Stephens Road<br>Warren, MI 48091-1639<br>(rental - Sheriff's deed 6/09) |

Property will be (check one):
- ■ Surrendered           □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt         ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| City of Warren Water Division | 7503 Maxwell Ave<br>Warren, MI 48091-2364<br>(rental) |

Property will be (check one):
- ■ Surrendered           □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt         ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>EverHome Mortgage Company | **Describe Property Securing Debt:**<br>21576 Sunset Ave<br>Warren, MI  48091-4683<br>(rental) |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>GMAC Mortgage | **Describe Property Securing Debt:**<br>14430 Rice Drive<br>Sterling Heights MI 48313<br>(marital home) |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain _Debtor will retain collateral and continue making payments._  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

---

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Huntington Banks | **Describe Property Securing Debt:**<br>11220 Chalmers<br>Warren, MI  48091<br>(rental) |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Huntington Banks | **Describe Property Securing Debt:**<br>7503 Maxwell Ave<br>Warren, MI  48091-2364<br>(rental) |

Property will be (check one):
■ Surrendered □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>Huntington Mortgage Group | **Describe Property Securing Debt:**<br>26060 Lehner<br>Roseville, MI  48066<br>(rental - sheriff deed May 2009) |

Property will be (check one):
■ Surrendered □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>Huntington National Bank | **Describe Property Securing Debt:**<br>14430 Rice Drive<br>Sterling Heights MI 48313<br>(marital home) |

Property will be (check one):
□ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
■ Other.  Explain _Debtor will retain collateral and continue making payments_ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt □ Not claimed as exempt

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>IndyMac Federal Bank | **Describe Property Securing Debt:**<br>23077 Piper<br>Eastpointe, MI  48021<br>(rental - Sheriff's deed 3/09) |

Property will be (check one):
■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>IndyMac Federal Bank | **Describe Property Securing Debt:**<br>12820 Toepfer Rd<br>Warren, MI  48089<br>(rental) |

Property will be (check one):
■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>IndyMac Federal Bank | **Describe Property Securing Debt:**<br>13674 Knox<br>Warren, MI  48089<br>(rental) |

Property will be (check one):
■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>IndyMac Federal Bank | **Describe Property Securing Debt:**<br>21031 Dean Street<br>Warren, MI 48091<br>(rental - Sheriff's deed 3/09) |

Property will be (check one):
    ■ Surrendered              □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>Macomb County Treasurer | **Describe Property Securing Debt:**<br>23067 Piper<br>Easpointe, MI 48313<br>(vacant lot - tax foreclosure judgment 2/27/09) |

Property will be (check one):
    ■ Surrendered              □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>Macomb County Treasurer | **Describe Property Securing Debt:**<br>23077 Piper<br>Eastpointe, MI 48021<br>(rental - Sheriff's deed 3/09) |

Property will be (check one):
    ■ Surrendered              □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>Macomb County Treasurer | **Describe Property Securing Debt:**<br>7503 Maxwell Ave<br>Warren, MI 48091-2364<br>(rental) |

Property will be (check one):
■ Surrendered      □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>Macomb County Treasurer | **Describe Property Securing Debt:**<br>22048 Mac Arthur Blvd.<br>Warren, MI 48089<br>(rental) |

Property will be (check one):
■ Surrendered      □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>Wachovia Mortgage | **Describe Property Securing Debt:**<br>24293 Tuscany Ave<br>Eastpointe, MI 48021-1217<br>(rental - Sheriff's deed 5/09) |

Property will be (check one):
■ Surrendered      □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt      ■ Not claimed as exempt

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>Washington Mutual Bank | **Describe Property Securing Debt:**<br>14700 Ego<br>Eastpointe, MI  48021-5301<br>(rental - Sheriff's deed 4/09) |

Property will be (check one):
  ■ Surrendered             □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                      ■ Not claimed as exempt

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>Washington Mutual Bank | **Describe Property Securing Debt:**<br>2248 Stephens Road<br>Warren, MI  48091-1639<br>(rental - Sheriff's deed 6/09) |

Property will be (check one):
  ■ Surrendered                         □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□  YES          □  NO |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    November  4, 2009           Signature    /s/ Steven Michael Saigh

                                                       Steven Michael Saigh
                                                       Debtor

Date    November  4, 2009           Signature    /s/ Jane Marie Saigh

                                                       Jane Marie Saigh
                                                       Joint Debtor